391 A.2d 684

Commonwealth v. Hooker, Appellant.

Submitted March 13, 1978. John D. Flinchbaugh, Assistant Public Defender, for appellant; Sheryl Ann Dorney and Michael K. Worrall, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissented and would remand for resentencing. *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).